William H. **SCARBOROUGH**, Trustee in Bankruptcy of Comet Manufacturing Corporation, Bankrupt, Plaintiff-Appellant,

v.

**BERKSHIRE FINE SPINNING ASSOCIATES**, Inc., Defendant-Appellee.

No. 298, Docket 23592.

United States Court of Appeals Second Circuit.

Argued April 1, 1957.

Decided April 18, 1957.

Frederic P. Houston, of Otterbourg, Steindler, Houston & Rosen, New York City (Aaron Rosen and Marks F. Paskes, of Otterbourg, Steindler, Houston & Rosen, New York City, on the brief), for plaintiff-appellant.

Francis C. Leffler, New York City (Truman Henson and J. Arthur Bowen, of Robinson & Henson, New York City, on the brief), for defendant-appellee.

Before CLARK, Chief Judge, LUMBARD, Circuit Judge, and LEIBELL, District Judge.

PER CURIAM.

Affirmed on the opinion of District Judge Dawson, D.C.S.D.N.Y., 128 F. Supp. 948, and Rockmore v. Lehman, 2 Cir., 129 F.2d 892, certiorari denied 317 U.S. 700, 63 S.Ct. 525, 87 L.Ed. 559.

---

Margaret **GRENAWALT**, as Administratrix of the Goods, Chattels and Credits of Roy R. Grenawalt, Deceased, Plaintiff-Appellant,

v.

**SOUTH AFRICAN MARINE CORPORATION**, Limited, Defendant-Respondent.

No. 285, Docket 24314.

United States Court of Appeals Second Circuit.

Argued April 3, 1957.

Decided April 18, 1957.

Thomas F. Frawley, New York City (Milton Neimark and Jacob Rassner, New York City, on the brief), for plaintiff-appellant.

James B. Magnor, of Kirlin, Campbell & Keating, New York City (Vernon S. Jones, of Kirlin, Campbell & Keating, New York City, on the brief), for defendant-respondent.

Before CLARK, Chief Judge, LUMBARD, Circuit Judge, and LEIBELL, District Judge.

PER CURIAM.

Affirmed on the findings and opinion of District Judge Weinfeld, D. C. S. D. N. Y., 130 F.Supp. 432.